**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **KIMBERLY HENSLEY, Individually and as Mother and Natural Guardian of K.H., a Minor,** ) ) ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CASE NO. 4:14-cv-00181-ERW** |
| ) | |
| **FOREST PHARMACEUTICALS, INC.,** ) | |
| **FOREST LABORATORIES, INC.,** ) | |
| **SMITHKLINE BEECHAM** ) | |
| **CORPORATION, d/b/a** ) | |
| **GLAXOSMITHKLINE, and** ) | |
| **GLAXOSMITHKLINE LLC,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO REMAND

Pursuant to 28 U.S.C. § 1447(c) and for the reasons set forth in Plaintiff's Memorandum in Support of Motion to Remand, which Plaintiff incorporates herein by reference, Plaintiff moves for an order remanding this action to the Circuit Court for the Twenty-First Judicial Circuit, St. Louis County, Missouri, for lack of subject matter jurisdiction.  Plaintiff seeks such other and further relief as may be just and proper.

DATED:  February 24, 2014

Respectfully submitted,

CAREY DANIS & LOWE

By:  /s/ Sarah Shoemake Doles
Jeffrey J. Lowe #35114
Sarah Shoemake Doles #45747
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Telephone (314) 725-7700
Facsimile (314) 721-0905
jlowe@careydanis.com
sdoles@careydanis.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to counsel of record.

/s/ Sarah Shoemake Doles
Counsel for Plaintiff

Page 2 of 2